NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re QUALCOMM INCORPORATED,**
*Petitioner*

---

2025-123

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:21-cv-00346-ADA, Judge Alan D. Albright.

---

**ON PETITION**

---

PER CURIAM.

**O R D E R**

Qualcomm Incorporated submits a petition for a writ of mandamus directing the United States District Court for the Western District of Texas to vacate its order denying Qualcomm and Apple Inc.'s motion to transfer and to transfer this action to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

Red Rock Analytics, LLC is directed to respond to the petition no later than 7 days from the date of entry of this order.  Any reply is due no later than 3 days thereafter.

FOR THE COURT

March 20, 2025
Date

Jarrett B. Perlow
Clerk of Court