NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re QUALCOMM INCORPORATED,**
*Petitioner*

---

2025-123

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:21-cv-00346-ADA, Judge Alan D. Albright.

---

**ON PETITION AND MOTION**

---

PER CURIAM.

**O R D E R**

Red Rock Analytics, LLC moves unopposed to extend the time, until April 3, 2025, to respond to the mandamus petition.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 21, 2025
Date