NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re QUALCOMM INCORPORATED,**
*Petitioner*

2025-123

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:21-cv-00346-ADA, Judge Alan D. Albright.

**ON PETITION AND MOTION**

PER CURIAM.

**O R D E R**

Apple Inc. submits a motion to join Qualcomm Incorporated's petition for a writ of mandamus, stating that Qualcomm does not oppose and respondent Red Rock Analytics, LLC has not provided its position on the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

Red Rock is directed to file a combined response to Qualcomm's petition and Apple's motion, and that response is due no later than April 10, 2025. Any respective reply is due no later than April 14, 2025.

FOR THE COURT

March 25, 2025
Date

Jarrett B. Perlow
Clerk of Court