NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re QUALCOMM INCORPORATED, APPLE INC.,**
*Petitioners*

---

2025-123

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:21-cv-00346-ADA, Judge Alan D. Albright.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Upon consideration of Red Rock Analytics, LLC's unopposed motion to waive the confidentiality requirements of Federal Circuit Rule 25.1(d)(1)(A) for its combined response to the petition for a writ of mandamus and motion for joinder,

IT IS ORDERED THAT:

The motion to waive the confidentiality requirements is granted to the extent that the non-confidential and confidential versions of the combined response to the petition for a writ of mandamus and motion for joinder, ECF Nos. 19 and 20, respectively, are accepted for filing.

FOR THE COURT

June 24, 2025
Date

Jarrett B. Perlow
Clerk of Court